THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ARTHUR L. KELHOFFER, Appellant.

Submitted March 2, 1944; decided April 13, 1944.

*George V. Fleckenstein* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Ruth K. Toch* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.